United States District Court
Southern District of Texas

**ENTERED**

July 11, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-22-0752 |
| v. | § | (CRIMINAL NO. H-18-652-02) |
| | § | |
| CARLOS SOLORIO, | § | |
| | § | |
| Defendant/Petitioner. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date granting the United States' Motion for Summary Judgment, Civil Action No. H-22-0752 is **DISMISSED WITH PREJUDICE.**

For reasons stated in the court's Memorandum Opinion and Order, a certificate of appealability is **DENIED.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 11th day of July, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE